UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Nancy Miller,

                Plaintiff,      Case No. 18-13369

v.                                  Judith E. Levy
                                    United States District Judge

Lewis Manor Homes, LTD,
Regina's Home, Inc., and Ellen    Mag. Judge R. Steven Whalen
Lewis,

                Defendants.

_____/

## **JUDGMENT**

For the reasons stated in the opinion and order entered on December 30, 2019, it is ordered and adjudged that the case is dismissed with prejudice.

                                      DAVID J. WEAVER
                                    CLERK OF THE COURT

                       By:   s/William Barkholz
                                  DEPUTY CLERK

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE